This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ALYCIA FAWN BACA,**

Plaintiff-Appellant,

v.                                                                    NO.   30,628

**HUMAN SERVICES DEPARTMENT,**
**INCOME SUPPORT DIVISION,**
**HELEN NELSON, Acting Director,**

Defendant-Appellee.

**APPEAL FROM THE NEW MEXICO HUMAN SERVICES DEPARTMENT ADMINISTRATIVE HEARING**
Louise D. Schaeffer, Administrative Law Judge

New Mexico Legal Aid, Inc.
Kasey R. Daniel
Albuquerque, NM

for Appellant

New Mexico Human Services Department
Mark H. Reynolds, Deputy General Counsel
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**KENNEDY, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

**AFFIRMED.**

**IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL D. BUSTAMANTE, Judge**

_____
**LINDA M. VANZI, Judge**